UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| James Strickland, #271958 | ) | C/A No.: 4:08-cv-02332-GRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Doctor Alewine, Doctor Fitzjeral, | ) | |
| and Doctor Babb | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff's Motion to Continue to file objections. This Court previously filed an order on February 23, 2010, granting Defendants' Motion for Summary Judgment. According to the docket report, Plaintiff submitted his Motion for Continuance on February 22, 2010, but it was not filed in the system until February 23, 2010. Plaintiff requests a thirty day extension to file his objections to the magistrate judge's Report and Recommendation. Due to the circumstances surrounding this matter and in the interests of justice, this Court finds that it is necessary to vacate its previous order and grant in part Plaintiff's motion to continue.

Plaintiff brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). Therefore, this Court will liberally construe any pleading filed by a *pro se* litigant to

allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court may grant Plaintiff an extension of time to file a responsive motion for good cause shown. Plaintiff says that he has been in a mental hospital, and therefore has not had access to the law library or any of his case material. This Court finds that Plaintiff has shown good cause for an extension. However, this Court does not feel that Plaintiff will need thirty (30) days to file his objections. Therefore, this Court will grant his motion for an extension of time, but only for an additional fifteen (15) days.

IT IS THEREFORE ORDERED THAT this Court's Order, dated February 23, 2010, granting Defendants' Motion for Summary Judgment, is hereby vacated.

IT IS FURTHER ORDERED THAT Plaintiff have an additional fifteen (15) days, from the date of the entry of this Order, to file objections to the magistrate's Report and Recommendation. In order to file his objections, Plaintiff need only hand them to the mailing facility at his prison. *See Houston v. Lack*, 487 U.S. 266 (1988).

IT IS SO ORDERED.

G. Ross Anderson, Jr.
Senior United States District Judge

February 24, 2010
Anderson, South Carolina